IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., and PIONEER TRAIL ENERGY, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3153 |
| v. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) | ORDER |
| Defendants. | ) ) | |

The motion to withdraw filed by Joel D. Heusinger, Kory D. George, Brian S. Koerwitz, and the Law Firm of Woods & Aitken LLP as counsel of record for Plaintiffs, Pioneer Trail Energy, L.L.C. ("Pioneer Trail") and TIC – The Industrial Company Wyoming, Inc. ("TIC"), (filing 79), is granted.

DATED this 12th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge