IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3153 |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED: The Court's Order dated October 27, 2010 (Filing No. 70) is amended as follows:

1. The jury trial is continued and will be held before Senior Judge Warren K. Urbom on September 4, 2012 beginning at 9:00 a.m. Judge Urbom will meet with counsel in chambers, Room 507, on September 4, 2012 at 8:30 a.m. No more than seven days are allocated to the trial of this case and counsel shall plan accordingly.

2. The pretrial conference is continued, and will be held before the undersigned magistrate judge on August 3, 2012 at 10:00 a.m. The proposed Pretrial Conference Order and Exhibit List must be e-mailed to zwart@ned.uscourts.gov in either Word or WordPerfect format by 5:00 p.m. on August 1, 2012.

3. Defendants' expert disclosures (both retained expert and non-retained experts), shall be served on or before March 21, 2012.

4. Rebuttal expert disclosures shall be served on or before April 23, 2012.

5. The discovery deadline is extended to June 15, 2012.

6. The deadline for filing motions for summary judgment and motions to exclude expert testimony on Daubert and related grounds is extended to July 9, 2012. *The parties are advised that if a dispositive motion is filed on or after June 4, 2012, the trial of this case may be continued on the court's own motion.*

January 13, 2012.          BY THE COURT:

                           *s/ Cheryl R. Zwart*
                           United States Magistrate Judge