IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3153 |
| v. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

Pursuant to the Stipulation on Progression Order (Filing 101),

IT IS ORDERED:

1. Defendants' expert disclosures **on damages** (both retained expert and non-retained experts) shall be served on or before April 20, 2012.

2. Plaintiff's rebuttal expert disclosures **on damages** shall be served on or before May 21, 2012.

3. All other deadlines contained in the current Progression Order (Filing 91) shall remain unchanged.

DATED this 7th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge