IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3153 |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) | |
| Defendants. | ) | |

  The motion to withdraw filed by Fredric H. Kaufmann as counsel of record on behalf of Factory Mutual Insurance Company, (filing no. 113), is granted.

  Terry R. Wittler and the firm of Cline, Williams, Wright, Johnson & Oldfather, LLP remain counsel of record for Factory Mutual Insurance Company.

  DATED this 22nd day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge