IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | 4:10CV3153 |
| Plaintiff, | ) ) | ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENDING THEIR TIME |
| v. | ) ) | TO RESPOND TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) | JUDGMENT–DOCKET #110 AND 114 |
| Defendants. | ) ) | |

IT IS ORDERED that:

1.   the "Defendants' Unopposed Motion for Extending Their Time to respond to Plaintiffs' Motions for Partial Summary Judgment–Docket #110 and #114," is granted; and

2   the defendants shall file and serve their response to the plaintiff's Motion for Partial Summary Judgment Against Factory Mutual Insurance Company, ECF No. 110, and Motion for Partial Summary Judgment Against IMA of Kansas, Inc., ECF No. 114, on or before April 30, 2012.

Dated April 10, 2012.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge