IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3153 |
| V. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

The parties participated in a telephonic conference before the undersigned regarding Plaintiff's request for the production of certain documents from Defendant Factory Mutual Insurance Co. After hearing the parties' arguments, I find the FMIC Advantage Policy Commentary and the underwriting standards and guidelines are relevant and the request for the production of those documents is reasonably calculated to lead to admissible evidence.

IT IS ORDERED:

1) Factory Mutual Ins. Co. shall provide Plaintiff with a copy of the FMIC Advantage Policy Commentary and the underwriting standards and guidelines by 5:00 p.m. today, April 20, 2012.

2) This information is subject to the protective order previously entered in this case, (filing no. 26).

DATED this 20th day of April, 2012.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge