IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | 4:10CV3153 |
| Plaintiff, | ) ) | ORDER ON THE MOTIONS TO ALLOW TIC–THE INDUSTRIAL COMPANY |
| v. | ) ) | WYOMING, INC. TO FILE A SEPARATE STATEMENT OF UNDISPUTED FACTS |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) | WITH NUMBERED PARAGRAPHS |
| Defendants. | ) ) | |

The plaintiff has filed two motions, both titled "Motion to Allow TIC-The Industrial Company Wyoming, Inc. to File a Separate Statement of Undisputed Facts with Numbered Paragraphs," ECF Nos. 137 and 138.

Motion, ECF No. 137, requests an order allowing TIC to file a Separate Statement of Undisputed Facts with Numbered Paragraphs . . . in support of its Motion for Partial Summary Judgment against Factory Mutual Insurance Company.

Motion, ECF No. 138, requests an order allowing TIC to file a Separate Statement of Undisputed Facts with Numbered Paragraphs . . . in support of its Motion for Partial Summary Judgment against IMA of Kansas, Inc.

IT IS ORDERED that the two motions titled Motion to Allow TIC-The Industrial Company Wyoming Inc. to File a Separate Statement of Undisputed Facts with Numbered Paragraphs, ECF Nos. 137 and 138, are granted and the plaintiff shall file its separate statement of undisputed facts forthwith.

Dated May 8, 2012.

BY THE COURT

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge