IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIC - THE INDUSTRIAL COMPANY WYOMING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3153 |
| v. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, and IMA OF KANSAS, INC., | ) ) ) | ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF |
| Defendants. | ) ) | |

   IT IS ORDERED that the Unopposed Motion for Extension of Time to File Reply Brief, ECF No. 164, is granted and the plaintiff shall have on or before June 4, 2012, to file and serve its reply.

   Dated June 4, 2012.

                              BY THE COURT

                              /s/ Warren K. Urbom

                              Warren K. Urbom
                              United States Senior District Judge