IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIC - THE INDUSTRIAL COMPANY          )
WYOMING, INC.,                        )
                                      )
                 Plaintiff,           )          4:10CV3153
                                      )
        v.                            )
                                      )
FACTORY MUTUAL INSURANCE              )     ORDER ON UNOPPOSED MOTION FOR
COMPANY, and IMA OF KANSAS, INC.,     )      EXTENSION OF TIME TO FILE REPLY
                                      )                  BRIEF
                 Defendants.          )
                                      )

        IT IS ORDERED that the Unopposed Motion for Extension of Time to File Reply Brief, ECF
No. 164, is granted and the plaintiff shall have on or before June 4, 2012, to file and serve its reply.

        Dated June 4, 2012.

                                BY THE COURT

                                _Warren K. Urbom_

                                Warren K. Urbom
                                United States Senior District Judge