IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIC – THE INDUSTRIAL COMPANY WYOMING, INC., ) ) ) Plaintiff, ) ) v. ) ) FACTORY MUTUAL INSURANCE COMPANY ) and IMA of KANSAS, INC., ) ) Defendants. ) ) | 4:10-cv-3153 ORDER OF DISMISSAL WITH PREJUDICE |

This matter coming on the Motion to Dismiss With Prejudice (ECF No. 216) submitted by Defendant Factory Mutual Insurance Company pursuant to F.R.C.P. 41, and the stipulation of the parties attached to the Motion as Exhibit A (ECF No. 216-1), IT IS HEREBY ORDERED THAT:

This case be, and the same hereby is, dismissed with prejudice and without costs, all matters in controversy among the parties having been compromised, settled and resolved.

Dated: July 31, 2012.

BY THE COURT

*[signature: Warren K. Urbom]*

Warren K. Urbom
United States Senior District Judge

1